IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) ISMAEL VAZQUEZ-LARRAURI, a/k/a Tara, a/k/a Junito, a/k/a El Gordo<br>2) VICTOR RODRIGUEZ-RIVERA, a/k/a Vitín<br>3) HIRAM TORRES-AVILES, a/k/a Bizcocho<br>4) ADALBERTO LEON-COLLAZO, a/k/a Berto<br>5) LUIS CARTAGENA-CARRASQUILLO, a/k/a Luis Moco<br>6) JULIO MORALES-VAZQUEZ, a/k/a Julio Quilla<br>7) JOSE RIOS-HERNANDEZ, a/k/a El Gordo de la Vega, a/k/a Tati Ríos<br>8) JOSE O. VAZQUEZ-FIGUEROA, a/k/a Chopa<br>9) NELSON CARDONA-SANTIAGO<br>10) FELIPE LOPEZ-DE LA CRUZ<br>11) BRENDA RODRIGUEZ-MARQUEZ, a/k/a La Punky<br>12) JOSE RICARDO BURGOS-RESTO, a/k/a Ricky Burgos<br>13) JAIRO VELAZQUEZ-RIVERA<br>14) FERNANDO GONZALEZ-COLON, a/k/a Naldin<br>15) HECTOR DIAZ-NOGUERAS, a/k/a Chico<br>16) EDWIN SANTOS-MARTINEZ, a/k/a Chino, a/k/a Chinito<br>17) LUIS ROSARIO-RIVERA, a/k/a Luis el Negro<br>18) ROBERTO ORTIZ-RODRIGUEZ, a/k/a Robert el Viejo<br>19) ELIEZER BURGOS-TORRES, a/k/a Eli<br>20) JOSE JIMENEZ-ROBLES, a/k/a Joy<br>21) ANGEL IGARAVIDEZ-GONZALEZ, a/k/a Bebo<br>22) LEONARDO RIVERA-VICENTE, a/k/a Naldi<br>23) HECTOR L. VAZQUEZ-NIEVES, a/k/a Hectitor | CRIMINAL 08-0281CCC |

CRIMINAL 08-0281CCC                                    2

24) VICTOR SUAREZ-LAGO, a/k/a Pakay
25) ABRAHAM GARCIA-RIVERA, a/k/a Juni, a/k/a Juni Morrina
26) ALEXANDER ARROYO-GONZALEZ, a/k/a Alex Colchoneta
27) JOSE L. GONZALEZ-RIVERA, a/k/a Cano Diente
28) CARLOS O. RIVERA-RODRIGUEZ, a/k/a Carlos Omar
29) EFRAIN SANTIAGO-BURGOS, a/k/a Miyagui
30) NOELIA LOPEZ-ORTIZ
31) EUCLIDES DE JESUS-ROSA, a/k/a Clidu, a/k/a El Viejo de Coamo
32) MARLYN MARCANO-LOPEZ
33) ESTEBAN O. SERATE-SANTIAGO, a/k/a Omi el Negro
34) JASON JAUME-SUAREZ, a/k/a Jason
35) JAVIER CASTRO-SUAREZ, a/k/a Javi
36) OMAR RODRIGUEZ-ARROYO, a/k/a Omi Planicie
37) ALEX M. TRINIDAD, a/k/a Alex
38) CARLOS A. RIVERA-MALAVE, a/k/a La Ponca
39) JUAN C. SANTEL-MELENDEZ, a/k/a Melaza
40) RAYMOND RIVERA-RIVERA
41) CHRISTIAN ORTIZ-MELENDEZ
42) SERGIO RODRIGUEZ-MENDOZA
43) CARLOS SUAREZ-VEGA, a/k/a Bribón
44) MIGUEL VELEZ-BONILLA, a/k/a Cano, Cachete
45) JOSE R. ORTIZ-RIVERA, a/k/a Pito
46) JOSE LUIS LOPEZ-MENDEZ, a/k/a Ñoño, a/k/a Kiko
47) ENRIQUE RODRIGUEZ-MARQUEZ
48) CARLOS ROSARIO-ROSARIO, a/k/a Pinto
49) ALEX ORTIZ-CARABALLO, a/k/a Bocudo, a/k/a Mocudo, a/k/a Flaco

CRIMINAL 08-0281CCC                               3

50) GERARDO MARCANO-RIVERA,
a/k/a Bebe

51) ISMAEL OCASIO-LAGO, a/k/a Ismaelito,
a/k/a Esquimalito

52) WILLIAM VAZQUEZ-RIVERA, a/k/a Cabito

53) ANGELICA DELGADO-VALDEZ,
a/k/a Angie

54) NELSON MARTINEZ-ROMAN

55) HUMBERTO CARABALLO-RESTO,
a/k/a Papo XXX

56) RAMON FALCON-SANTOS, a/k/a Bebe

57) OBED JIMENEZ-ROBLES

58) ANGEL R. LAGO-CAMACHO, a/k/a Rafi

59) JOVANNY SIERRA-ORTIZ

60) ZANDY TORRES-MENDEZ

61) ALEXIS LOPEZ-PEREZ, a/k/a Pamela

62) JOSE BARRETO-LUGO

63) JOSE A. ORTIZ-RIOS, a/k/a Papo Lover

64) BENJAMIN CLAUDIO-COTTO, a/k/a Puchi

65) OSVALDO IRIZARRY-RIVERA,
a/k/a El Gringo

66) ERIC A. RODRIGUEZ-MARTINEZ,
a/k/a Testin

67) DIGNA VIOLETA-LARRAURI

68) VANESSA RIVERA-MELENDEZ,
a/k/a Vanessa Black Angus

69) NELIDA ORTIZ

70) RICARDO ORTIZ-RIVERA, a/k/a Deo

**71) YARITZA MELENDEZ-FUENTES**

Defendants

## ORDER

Having considered the Report and Recommendation filed on January 23, 2012 (**docket entry 2758**) on a Rule 11 proceeding of defendant Yaritza Meléndez-Fuentes (71) held before U.S. Magistrate Judge Camille L. Vélez-Rivé on January 19, 2012, to which no

CRIMINAL 08-0281CCC

opposition has been filed, the same is APPROVED.  Accordingly, the plea of guilty of defendant Meléndez-Fuentes is accepted.  The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since January 19, 2012.  The **sentencing hearing is set for April 18, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on February 29, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge